### 13598. FREEMAN *v.* THE STATE.

LUKE, J. The special ground of the motion for a new trial is without merit. The evidence amply authorized the judge of the city court, who by agreement tried the case without a jury, to adjudge the defendant guilty. It was not error to overrule the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 11, 1922.

Accusation of assault and battery; from city court of Macon — Judge Gunn. April 28, 1922.

*H. F. Rawls,* for plaintiff in error.

*Roy W. Moore, solicitor,* contra.

---

### 13602. COBB *v.* THE STATE.

BLOODWORTH, J. This case is here on the general grounds only. There is some evidence to support the verdict, which has the approval of the trial judge, and this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 11, 1922.

Indictment for possessing intoxicating liquor; from Cobb superior court — Judge Blair. April 29, 1922.

*J. B. Walker, Clay & Blair,* for plaintiff in error.

*John S. Wood, solicitor general, Lindley W. Camp,* contra.